No. 72–21 Robert Osborne, A1C, U. S. Air Force v United States.

On consideration of the Petition for Writ of Error Coram Nobis filed in the above-entitled action, it appearing that petitioner seeks relief from a sentence of confinement at hard labor for four months and partial forfeiture of pay for a like period, imposed by a special court-martial, it is, by the Court, this 12th day of June 1972,

ORDERED:

That said Petition be, and the same is hereby, dismissed for lack of jurisdiction. United States v Snyder, 18 USCMA 480, 40 CMR 192 (1969).

June 29, 1972

No. 72–24 Edward R. Davies, For-
June 12, 1972

merly PFC, U. S. Army v The Secretary of the Army of the United States and The Judge Advocate General of the Army.

On consideration of the Petition for Writ of Error Coram Nobis filed in the above-entitled action, it appearing that every circumstance upon which petitioner relies was either raised at trial and resolved adversely to him as a factual question, or was known to petitioner and his counsel at the time of trial or of appellate review and not raised by appropriate motion or assignment at that time, it is, by the Court, this 29th day of June 1972,

ORDERED:

That said Petition be, and the same is, hereby dismissed.

May 12, 1972

No. 72–16 Clifford Ray Burris, AC2, U. S. Navy v CAPT Robert E. Taylor, USN, Chief of Naval Air Advanced Training, Corpus Christi, Texas; CAPT Dan Flynn, JAGC, USN, Military Judge; and LT Roger S. McCabe, JAGC, USNR, Trial Counsel.

On consideration of the Petition for Writ of Mandamus and of the Supplement to Petition for Writ of Mandamus filed in the above-entitled action, it appearing that none of the actions complained of tend to defeat the jurisdiction of this Court ultimately to review the record of trial, or to prejudice the power of this Court to grant meaningful relief for an error observed upon such review, it is, by the Court, this 12th day of May 1972,

ORDERED:

That said Petition and Supplement thereto be, and the same is, hereby dismissed. West v Samuel, et al, 21 USCMA 290, 45 CMR 64, decided April 6, 1972.